**Stuart D. Kirchick, Esq.**                                  **\*\*E-filed 7/17/06\*\***
**State Bar No.: 144145**
**LAW OFFICES OF STUART D. KIRCHICK**
**2131 The Alameda, Suite C-1**
**San Jose, California 95126**
**Ph: 408/291-0123  Facsimile: 408/291-0418**

**Attorney for:** Defendant, Vay Senh Li

IN THE UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ] | Case No.: CR-99-20048-JF |
|---|---|---|
| Plaintiff, | ] | **STIPULATION AND ORDER CONTINUING SENTENCING DATE** |
| v. | ] | |
| VAY SENH LI, et al. | ] | |
| Defendant(s). | ] | |

IT IS HEREBY STIPULATED by and between the parties hereto that the current sentencing date set for Wednesday, July 19, 2006 at 9:00 a.m., to hereby be ordered continued to Wednesday, September 6, 2006 at 9:00 a.m. before this court.  This stipulation has been agreed to by and between the attorneys herein at the request of the United States probation officer and with his approval on the requested date.

**SO STIPULATED:**

Dated: July 13, 2006                              /S/
                                                  STUART D. KIRCHICK,
                                                  Attorney for Defendant, Vay S. Li


Dated:  July 13, 2006                             /S/
                                                  GARY FRY, Assistant U.S. Attorney

---

*U.S.A. v. Vay S. Li, et al.*                          1                          *Case No.: CR-99-20048-JF*
*STIPULATION & ORDER TO CONTINUE*

1 | IT IS HEREBY ORDERED:
2
3 | Dated: 7/17/06
4 | _____
    THE HONORABLE JEREMY FOGEL
    UNITED STATES DISTRICT COURT JUDGE